UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Court File: CV 01-1562 JMR/FLN

Associated Bank Minnesota, a Minnesota Bank Corporation,

Plaintiff,

vs.

Stephen D. King,

Defendant.

**PARTIAL SATISFACTION OF JUDGMENT**

**PARTIAL SATISFACTION:**

I, Todd Gurstel, the undersigned attorney for the judgment creditor hereby certify that the judgment entered and docketed in the above-named court in the above-entitled action on February 21, 2002, in favor of Associated Bank Minnesota, a Minnesota Bank Corporation and against Stephen D. King is **partially satisfied** in the amount of $21,566.47 and the Court Administrator shall record the same.

GURSTEL, STALOCH & CHARGO, P.A.

BY: *s/Todd L. Gurstel*
Todd L. Gurstel (#185619)
Attorneys for Plaintiff
401 North 3rd Street, Suite 590
Minneapolis, Minnesota 55401
Telephone: (612) 664-8200

Subscribed and sworn to before me
on 18th day of July, 2008.

*s/Andree A. Holien*
Notary Public