UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Associated Bank Minnesota, a Minnesota Bank Corporation,

        Plaintiff,

vs.

Stephen D. King,

        Defendant.

Court File: CV 01-1562 JMR/FLN

**PARTIAL SATISFACTION OF JUDGMENT**

## PARTIAL SATISFACTION:

I, Todd Gurstel, the undersigned attorney for the judgment creditor hereby certify that the judgment entered and docketed in the above-named court in the above-entitled action on February 21, 2002, in favor of Associated Bank Minnesota, a Minnesota Bank Corporation and against Stephen D. King is **partially satisfied** in the amount of $3,665.05 and the Court Administrator shall record the same.

GURSTEL, STALOCH & CHARGO, P.A.

BY: *s/Todd L. Gurstel*
    Todd L. Gurstel (#185619)
    Attorneys for Plaintiff
    6681 Country Club Drive
    Golden Valley, Minnesota 55427
    Telephone: (763) 267-6700

Subscribed and sworn to before me
on 2nd day of June, 2009.

*s/Andree A. Holien*
Notary Public